65 A.3d 298

**COMMONWEALTH of Pennsylvania, ex rel. Wilmer B. GAY, Petitioner**

v.

**Tab BICKLE, Superintendent at SCI–Huntingdon, et al., Respondents.**

**No. 5 EM 2013.**

Supreme Court of Pennsylvania.

April 19, 2013.

## *ORDER*

PER CURIAM.

**AND NOW,** this 19th day of April, 2013, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus, the "Motion to Make Service of Process on the Respondents Pursuant to 42 Pa.C.S. § 6504," and the Application for an Immediate Hearing are **DENIED.**